



## MEMORANDUM OPINION

No. 04-08-00722-CV

Leobardo **REYES**,
Appellant

v.

Courtney **DEVLIN** and Raymond Devlin,
Appellees

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 322350
David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Alma L. López, Chief Justice
            Rebecca Simmons, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:   October 15, 2008

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. We, therefore, grant the motion and dismiss the appeal. See TEX. R. APP. P. 42.1(a)(1).

PER CURIAM